UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EARNEST L. PRESCOTT,<br><br>        Petitioner,<br><br>   v.<br><br>KELLY SANTORO,<br><br>        Respondent. | Case No. 16-CV-01359-LHK<br><br>**ORDER REGARDING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 5 |

On March 21, 2016, Petitioner Earnest Prescott ("Petitioner"), represented by counsel, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2244. ECF No. 1. On April 27, 2016, U.S. Magistrate Judge Donna Ryu, to whom this action was originally assigned, issued an Order to Show Cause which stated that "[i]t does not appear from the face of the [P]etition that it is without merit." ECF No. 5 at 1.

Consequently, Judge Ryu set a briefing schedule which required Respondent to consent to or decline magistrate judge jurisdiction within 28 days of her April 27, 2016 order. *Id.* Judge Ryu also ordered Respondent to file an answer or motion to dismiss within 60 days of her April 27, 2016 order, with additional deadlines set for Petitioner to file a traverse or opposition. *Id.* at 2. Finally, Judge Ryu stated that, "[w]hether Respondent consents or declines to proceed before the

1  assigned Magistrate Judge, the parties shall abide by the briefing schedule" set forth in Judge
2  Ryu's April 27, 2016 order. *Id.*
3  On June 1, 2016, Respondent filed a declination of magistrate judge jurisdiction. ECF No.
4  7. Accordingly, the instant action was reassigned to the undersigned judge on June 3, 2016. ECF
5  No. 9. Respondent has not requested an extension of time to the briefing schedule set by Judge
6  Ryu. Accordingly, consistent with Judge Ryu's April 27, 2016 order, Respondent's answer or
7  motion to dismiss is due on June 27, 2016; Petitioner's traverse or opposition is due on July 25,
8  2016; and Respondent's reply (if Respondent files a motion to dismiss) is due on August 8, 2016.
9  **IT IS SO ORDERED.**
10  Dated: June 24, 2016

_____
LUCY H. KOH
United States District Judge

2
Case No. 16-CV-01359-LHK
ORDER REGARDING BRIEFING SCHEDULE